UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DMITRIY BELYAKOV,

Petitioner,

v.

BRUCE SCOTT, *et al.*,

Respondents.

Case No. C26-4110-MLP

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Currently before the Court is Petitioner's application to proceed *in forma pauperis* in this 28 U.S.C. § 2241 habeas action. Petitioner demonstrates that he is unable to afford the $5.00 filing fee.[1] Accordingly, the Court GRANTS Petitioner's application to proceed *in forma pauperis*. (Dkt. # 1.) The Clerk is directed to file Petitioner's habeas petition without the prepayment of fees and to send a copy of this order to Petitioner and to counsel for Respondents.

Dated this 28th day of October, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

[1] Although Petitioner has not provided a detainee trust account statement (*see* dkt. # 3), the certification by the financial officer of the institution suffices here (dkt. # 1 at 2).